**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
HENRY TUCKER, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

Plaintiffs,

**24-cv-4268**

-against-

**ORDER**

VIONIC GROUP LLC,

Defendant.
------------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

In light of the parties' ongoing settlement negotiations, all deadlines in this case are

postponed *sine die*. The parties are to file a joint stipulation of discontinuance or, in the

alternative, a joint status report informing the Court as to the status of settlement

communications by **Monday, September 2, 2024**.

**SO ORDERED.**

DATED:    New York, New York
          July 17, 2024

                                        _____
                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge