UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HENRY TUCKER, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                Plaintiffs,

                v.

VIONIC GROUP LLC,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-4268

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff(s), HENRY TUCKER, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, VIONIC GROUP LLC, with prejudice and without fees and costs.

Dated:  New York, New York
        September 6, 2024

                        **GOTTLIEB & ASSOCIATES PLLC**

                        */s/Michael A. LaBollita, Esq.*

                        Michael A. LaBollita, Esq., (ML-9985)
                        150 East 18th Street, Suite PHR
                        New York, NY 10003
                        Phone: (212) 228-9795
                        Fax: (212) 982-6284
                        Michael@Gottlieb.legal

                        *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge